# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN L. STEWART,<br>　　Plaintiff,<br><br>　　　v.<br><br>ALEJANDRO MAYORKAS, et al.,<br>　　Defendants. | CV 21-3605 DSF (Ex)<br><br>JUDGMENT |

The Court having granted a motion to dismiss,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendants recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: November 16, 2021

　　　　　　　　　　　　　　　　　　／s／ Dale S. Fischer
　　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　　United States District Judge